# MEMORANDUM OF AGREEMENT

### Between

SOUTHERN ILLINOIS BUILDERS ASSOCIATION,

SOUTHERN ILLINOIS CONTRACTORS ASSOCIATION,

MASONRY INSTITUTE OF SOUTHERN ILLINOIS,

SIGNATORY EMPLOYERS,

### And

AFFILIATED LOCAL UNIONS

### Of The

TWELVE COUNTIES SOUTHWESTERN ILLINOIS

DISTRICT COUNCIL OF THE LABORERS'

INTERNATIONAL UNION OF NORTH AMERICA

### Effective

AUGUST 1, 2013 thru JULY 31, 2016



# INDEX

Article 1-Parties to Contract...................................3
Article 2-Territory Covered....................................3
Article 3-Union Security-Hiring................................3
Article 4-Savings Clause.......................................7
Article 5-Management Rights....................................7
Article 6-Classes of Work......................................8
Article 7-Hod Carriers to Brick Masons and Plasterer Tenders...25
Article 8-Wages...............................................26
Article 9-Fringe Benefits.....................................29
Article 10-Job Site Injuries..................................33
Article 11-Foreman............................................34
Article 12-Different Scale on Classes of Work.................35
Article 13-Notification of No Work............................35
Article 14-Work Hours and Overtime............................36
Article 15-Holidays...........................................37
Article 16-Jurisdictional Disputes and Arbitration............38
Article 17-Union Representation...............................39
Article 18-Pay Days and Check Charge..........................40
Article 19-Insurance..........................................40
Article 20-Ice Water..........................................41
Article 21-Tools and Clothing.................................41
Article 22-Sub-Contractors....................................42
Article 23-Pre-Job Conference.................................42
Article 24-Shift Work.........................................42
Article 25-Joint Conferences..................................44
Article 26-Safety.............................................44
Article 27-Drug Abuse Prevention,
           Detection & Awareness Program......................45
Article 28-Composite Crew.....................................45
Article 29-Beginning and Duration of Contract.................46
Article 30-Individual Contractors.............................46
Signature Page................................................47

## ARTICLE 1
### Parties to Contract

This Memorandum of Agreement made and entered into by and between the Southern Illinois Builders Association, Southern Illinois Contractors Association, Masonry Institute of Southern Illinois, Signatory Employers, hereinafter referred to as Employer, and the Affiliated Local Unions of the Twelve Counties Southwestern Illinois District Council of the Laborers' International Union of North America, hereinafter known as the Union.

## ARTICLE 2
### Territory Covered

It is agreed that this Contract shall cover all of the following Locals located in Bond, Calhoun, Clinton, Greene, Jersey, Macoupin, Madison, Monroe, Montgomery, Randolph, St. Clair and Washington Counties:

Greenville No. 622, Carlyle No. 581, Alton No. 218, Collinsville No. 44, Wood River No. 338, Columbia No. 196, Hillsboro No. 1084, and Belleville No. 459.

## ARTICLE 3
### Union Security - Hiring

The Employer recognizes the Union as the representative of all Laborers in its employ as the exclusive collective bargaining representative of Laborers for Building, Heavy and Highway Construction in its employ on all current projects and projects hereinafter undertaken within the territorial jurisdiction of these unions.

All present Employees of the Contractors who are members of the Union on the date of the execution of this Agreement shall remain members of the Union during the term of this Agreement as a condition of continued employment subject to the provisions contained in Section 8(a) (3) and Section 8(b) (2) of the National Labor Relations Act as amended (1947). All other present Employees shall, as a condition of employment, make application for and remain members of the Union within thirty

3

days (30) following the effective date of this Agreement and shall maintain such membership during the term of this Agreement, subject to the provisions contained in Section 8(a) (3) and Section 8(b) (2) of the NLRA as amended in (1947). All new Employees shall, as a condition of employment, apply for membership in the Union within thirty days (30) after hire or date of execution of this Agreement, whichever is later, and shall maintain membership in the Union thereafter subject to the provisions contained in Section 8(a)(3) and Section 8(b)(2) of the NLRA as amended (1947).

In order that the Employer shall have a competent working force and to promote efficiency and safety of operation, the Employer and the Union agree that:

(a)   The Union shall be the sole and exclusive source of referrals of applicants for employment.

(b)   The Local Union will maintain a referral list of registered applicants available for employment within the territorial jurisdiction of the Local Union.

(c)   Each applicant seeking referral shall fill out the Local Union's "Application for Referral" setting forth the applicant's work history, training, licenses, certifications, documentation, and other such information showing the applicant's qualifications and skills. This application must be signed and dated by the applicant and shall include, in addition to the above, name, telephone number and social security number. The Union shall not assume any responsibility for the correctness of the information the applicant presents in seeking referral, but in the event the applicant misrepresents such information, the applicant may be disqualified for referral. Failure to timely provide information and documentation may result in the applicant's disqualification as to the work classifications listed in the applicant's "Application for Referral".

(d)   The Union shall establish a time, day, and place to register for work in person, and this information shall be conspicuously posted in the Union office. An applicant's registration with the Union shall be in effect for one business week, and the applicant must re-register in person each week.

(e)   The Employer shall request the Union to refer applicants as required, shall not solicit applicants directly, and shall not in any manner circumvent the Union in the recruitment of applicants for employment.

(f)   Applicants already employed in the industry within the geographic area covered by this contract shall be eligible for referral to another job provided that they appear personally for

4

referral as required by this Article. No applicant shall be denied referral because they have been discharged or rejected by any other employer subject to this agreement.

(g) The Employer, when requesting the referral of applicants, shall specify to the Union such information as is deemed pertinent by the Employer in order to enable the Union to make proper referral of applicants.

(h) The Union shall refer to the Employer such applicants as are fit and competent to fulfill the requirements of the position to be filled, and who have the requisite experience and skills for fulfilling such a position as specified by the Employer. Competency for a position shall be determined based on past experience in the work, required licenses, and other verified experience and skills germane to the position to be filled. These criteria shall be applied in an objective nondiscriminatory manner for all applicants.

(i) Each working day, a daily referral list shall be prepared, showing the order in which applicants that day made personal application for referral.

(j) Referrals shall be made from those duly registered applicants who are present at the Union hall at the time of referral.

(k) In the event an applicant on the referral list refuses a referral for good cause, lacks required skills, or is otherwise not competent or fit to fulfill the position, the next available applicant on the referral list who is fit, competent and possesses the required skills shall be referred.

(l) Apprentices shall be referred under a separate referral list, and shall be listed according to their apprenticeship year.

(m) The provisions of this Article shall be posted by the Employer at its premises where notices to employees and applicants are customarily posted and shall be posted by the Union at its offices where notices to applicants for referral are customarily posted.

(n) The registration of and selection of applicants for referral shall not be based on or in any way affected by Union membership, by Union By-Laws, rules and regulations, constitutional provisions or any other aspect or obligation of Union membership; nor shall any supervisor in the employ of any Employer who holds Union membership be bound or in any way affected in the performance of his duty for the Employer by any obligation of Union membership, By-Laws, rules and regulations, or constitution of the Union.

5

(o)   On any project where there is a question of the transfer of Laborers, that question will be resolved by a job conference prior to commencement of the project. Notwithstanding any other Article or provision of this Agreement, it shall be permissible for the Employer and the Local Union to agree to movement of individual laborers from project to project within the jurisdiction of the Local Union. Provisions of this section shall be applied in a good faith manner by parties to this Agreement.

(p)   No Employer shall be permitted to transfer Key Employees from one Local Union's geographical jurisdiction to another Local's jurisdiction unless the Business Managers of the Local Unions involved agree to such transfers at the pre-job conference. This Key Laborer must acquire an ability to perform a task for the Employer, which the Local Union may not be able to furnish. He must have been in continuous good standing within the Twelve Counties Southwestern Illinois District Council for not less than one (1) year. The Employer shall not recruit or hire applicants directly.

(q)   The Employer reserves and shall have the right to accept or reject, to employ or not to employ, any person furnished by the Union, or to discharge, for just cause, any Employee who has been accepted but who subsequently proves unsatisfactory to the Employer.

(r)   The Union shall maintain records of all job referrals, which shall be available to applicants for review, upon reasonable request. However, the required application form filed by individual applicants shall be confidential. Such individual application forms shall be subject to review by an applicant for relevant information only if that applicant alleges that another applicant was improperly referred to a job vacancy based on alleged qualifications in preference to the applicant requesting the information.

(s)   There shall be no discrimination against any Employee or applicant for reasons of age, race, sex, religion, national origin, color or status as a Vietnam-Era veteran.

ARBITRATION:  An applicant for Employment who is aggrieved by an action of the Union with respect to registration or referral under this provision or who is aggrieved by action of the Employer in connection with hire hereunder, may, within ten (10) days of the occurrence of the event which constitutes the basis for the grievance, file a written statement of the grievance with the Union and the Employer. Upon such filing, the grievance shall be considered and disposition thereof made within ten (10) days by a board consisting of a representative of the Union, a

6

representative of the Employer, and an impartial chairman appointed jointly by the Employer and the Union. Such board shall consider the grievance and render a decision, which shall be final and binding. The board is authorized to issue procedure rules for the conduct of its business, but is not authorized to add to, subtract from, or modify any of the provisions relating to the referral arrangement. The cost of the third party shall be borne equally by all parties involved.

This Article contains the entire understanding and agreement of the parties with respect to the referral of applicants, and any changes in this article by addition, deletion, amendment or modification must be reduced to writing and executed by both the Employer and the Union.

The Union shall indemnify and hold the Employer harmless against any and all claims, demands, suits, or liabilities that may arise solely out of the Union's application of this section.

(t) Code of Excellence as adopted by the General Executive Board on June 1, 2010. Adopted by The 12 Counties Southwestern Illinois Laborers' District Council on June 9, 2010, and amended on June 12, 2013.

## ARTICLE 4
### Savings Clause

Nothing in this Agreement shall be construed or is it intended to be contrary to any local, state or federal law. In the event that any provisions of this Agreement shall become legally invalid or unenforceable due to change of local, state or federal law, such invalidity and unenforceability shall not affect the remainder of provisions of this Agreement.

## ARTICLE 5
### Management Rights

The Employer shall be the sole judge of, and shall have the right to determine the number of Employees required on any job, or on any portion of the work being done by the Employer subject to the terms of this Agreement. There shall be no restriction as to the use of machinery, tools, or appliances subject to the terms of this Agreement.

## ARTICLE 6
## Classes of Work

The Union and the Employer agree that:

(a)  This contract shall apply to all Laborers work pertaining to the construction of public roads, sewers, streets, bridges, oil and gas transportation lines, and all connections and appurtenances thereto, on right-of-way and easement thereto, (except on sewer and pipe line work where an already approved contract now exists, which provides for a higher wage rate).

(b)  Streets, parking lots, curbs and gutters constructed in connection with, prior or subsequent to, building construction projects only, shall be done under the terms and conditions of this Agreement.

(c)  The Union shall control all Laborers' work that comes within its jurisdiction.

(d)  The Contractors signatory to this Agreement, or their supervision, shall not give or assign any portion of the work covered by the jurisdiction of the Twelve Counties Southwestern Illinois District Council of the Laborers' International Union of North America to any other craft or organization.

(e)  The Employer shall assign the work to be performed in a manner that is not contrary to decisions or agreements of record in accordance with established practices of the majority of the Employers in the local area where the work is to be performed.

The Union and the Employer further agree that the craft jurisdiction for all work covered by this Agreement shall be all Laborers' work in connection with the following classes of work:

## ASBESTOS ABATEMENT

(a)  The removal of asbestos for destruction of buildings, machinery or other structures (including mechanical systems).

(b)  Erecting of all sealed containment barriers prior to the encapsulation or removal operation. The hanging of all protective coverings for furniture, fixture, etc. The clean-up and disposal of asbestos and other related materials used in the operation of asbestos abatement.

## ASPHALT

(a) All Laborers' work pertaining to asphalt shall come under the jurisdiction of the Laborers; All mixers, mixing plants, mixing mastic materials of any kind or description, all rakers, (lute men) and mixers of mastic materials, tar, asphalt, etc.

(b) Laborers shall perform the following work, but not limited to, laying, raking or luting, cutting, tamping, patching, priming, cleaning, crack filling, placing of parking blocks, painting, stripping, and sealing of asphalt, setting asphalt curbs, parking and spacer curbs.

(c) Laborers shall install and remove all temporary tape or paint by any method. The installation of embedded reflectors and traffic protection for all phases shall be the jurisdiction of the Laborers.

(d) Laborers' shall perform all maintenance of asphalt plants.

(e) All membranes, sealers, colorings, or coatings applied to all tennis courts, running tracks, etc., including any preparation needed prior to the application of material, shall be performed by the Laborers.

(f) Laborers shall perform the watering and fueling of all equipment.

## BATCH PLANTS

(a) Laborers shall do the loading of trucks; The handling and erection, dismantling of all cement, rock, gravel, sand, asphalt and other building material bins, portable batch hoppers, weigh men, dumpers, lever men, hooking and unhooking, flagging and signaling on all machinery and other equipment. All work covered under the Jurisdiction of this Agreement shall be performed by Laborers.

(b) Covering of all tanks, all structures, complete or incomplete, permanent or temporary, and material piles with tarpaulins shall be the work of the Laborer.

## BUILDING WORK

(a) All clearing, all site preparation, the fueling and cleaning of all equipment , the checking of all grades, the

spotting, signaling and dumping of all loads, the counting of loads whenever required and taking of all tickets shall be performed by the Laborers. It is the Laborers work to drive all stakes, all erosion control, and fencing and guardrail work of any type.

(b)  All Laborers' work in, around and adjacent to buildings; the erection of all wooden bridges, concrete towers, rubbish chutes, and chute lines. The cleaning and hoisting of lumber, and the unloading and distributing of all materials shall be the Laborers work.

(c)  Tenders to carpenters; The loading, unloading, erection & dismantling of scaffolds, cleaning of debris, etc. The loading and unloading, handling and installation of all insulation materials such as rock wool, glass wool, silica gel, etc., where artisan tools are not required, shall be performed by the Laborers.

(d)  The cleaning of all buildings and washing of windows on new construction.

(e)  Attending of all tool rooms, storerooms, and warehouses, when required, shall be done by the Laborers.

(f)  Laborers shall be the tenders or helpers to all mechanics performing or laying composition flooring or terrazzo work.

(g)  The handling of material such as Acoustical tile, resilient floor tile, carpeting, or any other similar material for floors or ceilings shall be unloaded and distributed to the approximate point of installation by Laborers.

(h)  If materials are stored or stockpiled in a central location, Laborers shall do the distribution to each room.

(i)  In case of average size rooms, adhesive and tile shall be placed just outside the door. Should tile be brought on a dolly to a large stockpile, then the handling of the dolly shall be the work of the Laborer. In larger rooms, tile and adhesive shall be distributed in stockpiles not be exceed (30) feet apart.

(j)  The Laborer shall do the cleaning of the floors. The boxes, cartons and so forth are to be removed by the Laborers.

(k)  In the handling of material, such as lumber, the Laborers

shall have jurisdiction over the unloading and stockpiling in the immediate vicinity of where the material is to be used.

(l) The moving from one stockpile to another stockpile for convenience sake or near the point of installation shall be the work of the Laborers. The location of stockpiles shall not exceed thirty (30) feet apart.

(m) In the cutting of rafters, studs, etc., they shall be unloaded and stockpiled at the saw by Laborers. After they have been cut or framed, they shall be placed in a stockpile at the saw by the Carpenters and taken from that point by the Laborers, at the direction of the Foreman, to the point of installation and piled near the building foundation or on the floor.

(n) The carrying or moving of material from floor to floor, inside or outside of the building, by any mode or method to the stockpile, shall be the work of the Laborers.

(o) If trusses are unloaded and stockpiled, it shall be the work of the Laborers. The tailing or guiding into position with taglines shall be the work of the Laborers.

(p) In the case of rafters, they shall be handed to the Carpenter or leaned against the wall and pulled up by the Carpenter unless they are stockpiled on the ceiling joists. If they are stockpiled, the stockpiling shall be the work of the Laborers.

(q) In the case of roof sheeting and shingles, it shall be handled as any other material, or as agreed to on the handling of roofs and decking, and placed in stockpiles not over thirty (30) feet apart. Should they be hoisted by power equipment, the receiving of the material on the roof shall be by the Laborers.

(r) In the handling of fixtures and/or finished materials, where it is knocked down or in bundles, crated or uncrated, this material shall be unloaded from the truck into the building or on the jobsite and taken to the approximate point of installation by Laborers. On freestanding furniture the unloading, handling, and placing is the work of the Laborers. Furniture that is knocked down and to be assembled shall be unloaded and handled to the point of installation by Laborers. In those cases of furniture bolted or screwed to the wall, the unloading and handling to the point of installation is the work of the Laborers.

(s) The cleaning up and removing of the crating material and

11

the cleaning of debris shall be the work of the Laborers.

(t) The loading, unloading, erection and dismantling of scaffolding such as horses, trusses and tubular scaffolding, including the erection of runways, where concrete is to be wheeled over, or used exclusively by Laborers, is the work of the Laborers.

(u) It is understood that all planking on scaffolding or runways is to be set by the Laborers.

(v) In regards to windows, doors, doorframes and trim, whether wood or metal, finished or unfinished, the Laborers will stockpile on each floor the given amount of windows, doors, doorframes and trim to be used for each section of the building or corridor. Several are to be placed in the stockpile, for their own protection, to keep them from being walked over or kicked around.

(w) The Laborers shall handle the protective canvas.

(x) In the handling of seating, such as that to be used in auditoriums, gyms, etc., the unloading and distribution of seating units adjacent to the tiers or rows of seats will be the work of the Laborers.

(y) Each craft shall be responsible for the carrying of their own power tools to the location of where they are going to be used.

(z) On the unloading, and handling of prefabricated houses and buildings, it shall be done by a composite crew of Carpenters and Laborers of a ratio of 4 to 2 on the unloading and setting up of the house.

(aa) On the handling of sections of wall panels, the unloading and handling to a point adjacent to installation shall be the work of the Laborers. If loaded on dollies, the Laborers shall take the dollies.

## CONCRETE

Laborers shall perform all work coming under the jurisdiction of this agreement:

(a) Wrecking, stripping, dismantling, cleaning, moving, and oiling of all concrete forms shall be performed by the Laborers.

(b)   The use of a Concrete Specialist.

(c)   Leveling, tamping, and spreading of concrete for foundations, walls, reinforced floors, sleeper fill, or sidewalks, and all handling of cement guns.

(d)   The removal of all false work.

(e)   Setting, lining, and leveling of all slab road forms.

(f)   All work necessary to properly service the Cement Finisher, the driving of all stakes, the placing of all forms or screeds, including steel curb and gutter screeds, to the point of installation.

(g)   Blocking and striking off of concrete and the handling of the bull float where a bull float is to be used for striking off.

(h)   The placing and leveling of concrete to grade, by any mode or method.

(i)   Grading all concrete floors, footings, sidewalks, and yards, the handling of any and all runways and scaffolds for concrete. Any grades to be established during the operation of pouring the floor will be done in its entirety by Laborers.

(j)   The handling of concrete chutes, chute lines, the hanging of metal chutes, the cleaning of all concrete chutes whether metal or wood.

(k)   The signaling and handling of all concrete buckets shall be performed exclusively by Laborers covered by this Agreement and such work shall be under the sole jurisdiction of the Union party hereto.

(l)   The handling, pouring, strike off and vibrating of all concrete while concrete is being poured. The "Bushing" of all concrete.

(m)   The operation and maintenance of all concrete pumps.

(n)   The manning of mechanical concrete buggies.

(o)   Operating and servicing of all concrete vibrators, handling and unloading all concrete materials and the aggregates of same, etc. On large concrete pours, two (2) men will be utilized on each vibrator and they shall interchange positions

during the day.

(p) The operation of the concrete saw, concrete pumps, grout pumps, laser screeds, vibrating screeds, viber-strikes, bead blasters, and concrete curbing and gutter machines shall be performed exclusively by Laborers covered by this Agreement. The manning of all equipment used in injecting a grout slurry mix or any similar material used to correct defects in concrete or to stabilize slabs, structures or underground voids.

(q) Operation of all concrete mixers up to and including two (2) bag capacity, without mechanical side loaders or skips. Performance of all work necessary in remedying defects in concrete caused by leakage, bulging, sagging or through difficulties of shifting forms. Concrete work, excavating, hoisting of rubbage, debris, lumber and materials. Mixing of all materials for concrete finish and tending to cement finishers in the construction of building, walls, bridges, curbs, fences, machinery, foundations, footings, fire-proofing, butters, sidewalks, steps, coping and concreting around illuminating tile. All grouting and dry packing.

(r) Laborers shall perform all work with curb and gutter machines.

(s) All concrete forms regardless of type or whether they are to be used again shall be stripped or wrecked by Laborers. This shall include the removal of braces, shoring, wall ties, snap ties, cones, rods, column clamps and any and all phases of work of stripping or wrecking of forms. After the forms have been removed from the concrete, let down to the floor or moved back from the wall, the cleaning, wrecking or dismantling, oiling and moving to the next point of erection or to the stock yard or scrap pile shall be done by the Laborers. Rods, ties, cones, wire, etc. shall be removed as the stripping proceeds. The setting of all steel paving forms shall be performed by Laborers.

(t) Laborers shall dig, install, plumb, pour, and finish all pipe balusters.

(u) Laborers shall perform all cutting of concrete whether inside or outside, with any type of saw, including any self-propelled saw needed to perform this work.

(v) Laborers shall perform all acid-etching, cleaning by any

method, sealing, and chalking of concrete sidewalks, parking lots, and streets.

(w) Laborers shall apply all curing (either water or compound), sealers, hardeners, coloring, waterproofing, or any combination of the aforementioned materials to all concrete.

(x) The installation and restoration of brick streets and sidewalks shall be the work of the Laborers.

(y) All work in connection with the use of landscape blocks of any size, which include but not limited to, the unloading, handling, and installing of blocks used for borders, planters, retaining walls, etc. shall be performed by Laborers.

(z) The unloading, handling, and erecting of all precast retaining wall panels.

(aa) The testing of all concrete, slump tests, test cylinders, test beams, etc.

(bb) The making of all concrete pile and fence posts, handling of all materials to and from mixers; The Laborers shall operate any and all devices used to convey material to and from mixers.

(cc) The cleaning of concrete mixers, skips, hoppers, and towers. The digging, unloading, loading and handling of lime and fire clay. The roughing of all concrete where spills are set and chipping tools are required in cleaning, whether mechanical or hand tools are used.

(dd) All gunite work when the work to be performed is to be of a thickness of one and one-half (1 1/2) inches or greater. The handling and operation of cement guns, shotcrete, the nozzle man and machine operator; the use of any vehicle, device, or mechanism which has been or will be invented or devised by any name, which performs work or functions which have been historically performed by Laborers shall be within the Laborers jurisdiction.

## DECK HANDS

(a) All revetment and river work, mattress head cable men, linemen, derrick boat, mattress barge, deck hands, weavers, cable lacers, grade men and riprappers, tenders and helpers for divers, and divers doing work under the jurisdiction of this Agreement. There shall be deckhands on all floating rigs, work

barges, work boats, safety boats, and dredges. The handling, placing, anchoring, tying of barges and other marine equipment on any work coming under the jurisdiction of this Agreement shall be the work of the Laborers. The handling of fuel to all of the aforementioned machinery, regardless of type of fuel, shall be by the deckhand. The aforementioned work shall be performed exclusively by Laborers.

## DEMOLITION

(a) Demolition, Deconstruction, and dismantling of all buildings and structures whether temporary or permanent. The wrecking and removal of all windows, doors, walls, ceilings, floor coverings and partitions for alterations work. The removal of shelves, fences and plow holders, the scrapping of steel tanks and            steel structures of all kinds where the material contained            therein is not to be used again or is salvaged.

(b) Tank and vessel cleaning, fire watch for burning and welding when needed is to be done by Laborers.

## DEWATERING

(a) Laborers shall install and maintain all dewatering equipment (whether gas or electric powered),on pumps (up to and including 3" pumps), the handling of both the suction and discharge lines, men on foot valves, and other power driven machinery in the operation of            such equipment. There will be a minimum of one (1) Laborer present whenever dewatering systems of any type is being operated. Laborers employed on the second and third shift will be paid at the watchman's rate unless required to work then he shall be paid at the basic wage scale.

(b) Laborers shall do the installation, fabrication, welding, fusing, maintenance, and manning of all dewatering equipment, including pumps and well point systems (whether gas, diesel, electric, or air powered), men on foot valves and other power driven equipment in the operation of such machinery. There shall be a minimum of one (1) Laborer present whenever a dewatering system of any type is being operated.

(c) The handling, placing, and fabrication, including the welding or fusing of, or any other means of joining pipe for discharging systems that pertain to dewatering or dredging operations including marine and other river equipment, shall

come under the jurisdiction of the Laborer.

## DRILLING

(a) Star drilling when done by hand or with a mechanical, compressed air mechanism, or any other device shall be performed by Laborers.

(b) Laborers shall perform the operation of diamond point drills whether run by gas, air, or electricity.

(c) Laborers shall do the drilling of all holes in footings, floors, foundations, etc. that are to receive reinforcing rods.

## EQUIPMENT & TOOLS

(a) All clearing, stripping, grading, staking or any other work in connection with the preliminary work of the construction site. All site preparation; the fueling and cleaning of all equipment, the checking of all grades, the spotting, signaling and dumping of all loads, the counting of loads whenever required, and taking of all tickets shall be the work of the Laborer.

(b) There shall be a Laborer as a ground man on all cranes or other heavy equipment when clearing or when site preparation work is involved.

(c) Laborers will do all Laborers' work exclusively in connection with all drilling rigs, including pier foundations, core drilling, soil testing and well drilling. All work related to the installation of vibrated stone pillars, including but not limited to drilling, excavating, backfilling, piping, etc. Of the system.

(d) Laborers shall operate all vibrators, power tampers (vibrating or walk behind or remote controlled roller types), walk behind trenchers, concrete saws (including self-propelled walk behind), water pumps (up to and including 3" pumps, suction and discharge hoses), generators, buggies, sweepers, and other equipment used to perform our jurisdiction of work.

(e) The operation and control of water blasters shall be the work of the Laborers. There shall be a minimum of two (2) men in the operation; one (1) man stationed at the control valve during the blasting operation for safety, and the other doing the water blasting, and they shall interchange positions during the day.

(f)  The operation of motor buggies and conveyers shall be performed exclusively by Laborers covered by this Agreement and such work shall be under the sole jurisdiction of the Union party hereto. The operation of bobcats and forklifts used to move or stock any material on the job site shall be performed by Laborers covered by this Agreement and such work shall be under the Union party hereto.

(g)  The handling of all tools, working machinery and appliances for any and all work covered by this Agreement, however, nothing in this Agreement shall prohibit a member of any other trade from using his work tools, machinery or appliances similar to or the same as those customarily used in this trade.

(h)  The digging, dredging and drilling of all wells shall be the work of the Laborers.

(i)  The use of building level, transit, laser beam, Global Positioning System, or any other device when used to establish a line or grade for all work coming under the jurisdiction of the Laborers.

(j)  The cutting and burning of all scrap and the use of all concrete cutting torches, acetylene torches, and other welding equipment used to perform the work covered under the jurisdiction of this Agreement shall be the work of the Laborers.

(k)  The building and grading of all fire walls, the use of any jack hammer or paving breakers, all concrete removal, and any and all work where a jack hammer is used shall be performed exclusively by the Laborers, with two (2) men so engaged and these two 2) men shall interchange and perform the cleanup work in connection with work of this kind. The Laborers shall perform the operation of the Brokk 250, any remote controlled breaker, or any other breaker that replaces traditional pavement breakers.

(l)  All work in connection with the installation of geothermal systems, whether drilled or trenched.

(m)  Work involved with slope stabilization by any means, including but not limited to, Soil Nail Launchers.

(n)  The handling of all hoses, pipe, etc., when Vacuum Trucks are used as the method of clean-up of any materials.

(o) The use of any vehicle, device, or mechanism which has been or will be invented or devised by any name, which performs work or functions, which have been historically performed by Laborers, shall be within the Laborers jurisdiction.

## EXCAVATION & SEWER ETC.

(a) The digging and laying of conduit, fiber-optic, telephone, water, and sewer lines.

(b) Televising of sewers and all Laborers work on plastic liners for sewers.

(c) Laborers shall perform the laying of telephone conduit; whether concrete, multiple duct or plastic, the operation of equipment used to grade and line sewer pipe, such as laser beams, the operation of telescopes and other equipment used to find breaks or clogs in sewer pipe.

(d) The laying and assembling of temporary water lines and dismantling of same, and all connections.

(e) Laying, setting, jointing, and pointing of all sewer tiles, downspout drains, septic systems, aeration systems, sanitary and storm sewer construction, shall be done under the terms and conditions of this Agreement.

(f) Laborers shall do the laying of all temporary gas, oil, air, water, and other pipe lines on all work covered by this Agreement.

(g) The unloading, handling, distribution, assembly and installing of all multi-plate culverts, plastic and metal sewer pipe, shall be the work of the Laborers.

(h) Charging of all filters, tanks, boilers, drums, etc., with catalyst, the unloading, handling, and hoisting of filter rings; also the charging of all filter tanks or any other forms of filter shall be the work of the Laborers.

(i) Laborers shall lay, place and install, all steel casing, corrugated casing, multi-plate and precast concrete, plastic and metal sewer pipe material used for casing, tunnels, tunnel linings and sewers.

(j) Laborers shall set or lay all concrete or precast pipe,

manhole junction boxes, culverts or drainage boxes.

(k) All digging, dredging, drainage, sewage and pipeline work shall be the work of the Laborers.

(l) Laborers shall perform all work in connection with the testing, whether with air or water, on sewer lines.

(m) The shoring, bracing, cribbing, and sheeting of all sewer ditches, jacking pits, boring pits and manholes shall be installed by any means in its entirety by Laborers.

(n) Cribbing shall be done by the Laborers working under the jurisdiction of this Agreement. Under-pinning, shoring, blocking, raising, moving, and jacking of all slip forms, buildings, bridges, tanks, vessels, and other structures shall be the work of the Laborers.

## EXPLOSIVES

(a) Tower men, powder men, blasting and the use of all explosives is the work of the Laborers.

(b) All work on drilling, including wagon drills, dynamiting and blasting of any method is the work of the Laborers.

## HAZARDOUS WASTE

(a) The handling and disposal of all hazardous and toxic materials shall be performed exclusively by qualified licensed Laborers covered by this Agreement and such work shall be under the sole jurisdiction of the Union party hereto.

This work shall include, but is not limited to; hazardous or toxic materials, asbestos abatement, lead abatement, and mold and mildew remediation.

Licensed Laborers working in the aforementioned classifications of work shall be paid at the rates defined in Article 8 (Wages) of this Agreement.

Employees requiring a physical examination to perform this work shall be at the expense of the Employer with no loss of pay to the Employee.

(b) Laborers shall perform all work in connection with mine and landfill reclamation. Construction of all new landfill

development or expansion of an existing landfill shall come under the jurisdiction of the Laborers.

## HOD CARRIERS

(a)  Tending all brick masons and plasterers coming under the jurisdiction of this Agreement shall be the work of the Laborers. (Rate as covered in Article 8-Wages).

(b)  The cleaning of brick walls and the cleaning of bricks; the unloading of all bricks and mastic materials or cement compounds used in brick and mason work, whether from railroad cars, truck or wagon, the operation of all grout pumps.

(c)  Laborers shall perform the erection and removal of all scaffolds, trestles, and horses used by brick layers, masons and plasterers.

## HOUSE MOVING

(a)  The raising, moving, dismantling and jacking of all houses and all buildings; the handling of jacks in such work shall be performed by Laborers.

## LANDSCAPING

(a)  All work connected to, but not limited, to all phases of grading, seeding, sodding, irrigation systems, strawing, rolling, watering, cutting, planting, leveling, nursery work, yard work, golf courses, tree trimming, and maintenance of, etc. shall be performed by the Laborers.

(b)  All work on retaining walls of any type, the construction of all flowerbeds made of, but not limited to, landscape timbers, railroad ties, brick, blocks, etc. shall be the work of the Laborer.

(c)  The work on all irrigation systems, lighting systems, and fencing of athletic fields and running tracks shall be the work of the Laborers.

(d)  The installation of any and all brick, brick pavers or substitute brick material, for landscaping designs, landscaping borders, roads, sidewalks, patios or other needs by hand or machine shall be the work of the Laborers. All work on athletic fields and running tracks

## LEVEES

(a)  The raising of all levees, riprapping, in connection with the construction of all levees, dams, dikes, flood control projects, etc., and the laying, cementing and joining of all pipe and discharge or suction lines of any kind.

(b)  All spotters on levees, dams, dikes, fire walls and flood control projects shall be under the jurisdiction of the Laborers.

## MASTICS

(a)  Tile chipping and cutting off of concrete piling and piers, all monumental work, concrete floors, mastic floors, concreting under asphalt or wooden blocks, or otherwise paving in and out of buildings, mixing of all cement compounds used for such purposes, including the cooking, handling and preparation of asphalt, tar or other mastics on wooden blocks or otherwise.

(b)  The applying of all mastic to bridges, culverts and head walls; the cooking and heating of all mastic used, covered by this Agreement. (Rate as covered in Article 8-Wages).

(c)  The hoisting and cooking of mastic materials and the preparation in their entirety for use on the job and installations of asphalt, tar, sulphurseal, etc.

(d)  All work in connection with the cleaning, sealing, applying membrane, etc. of bridge decks. Including but not limited to the installation of all expansion joints by any method.

## MESH & REINFORCING

(a)  Laying of steel mesh and continuous reinforcing rods, cutting of center steel and expansion joints and center strips on all highways, streets, and roads.

(b)  The unloading, cutting, handling, laying and pulling of all mesh will be by the Laborers.

(c)  The unloading, loading, handling and carrying to the place of installation of all rods and materials for use in reinforced concrete construction, and the hoisting of the same.

(d)  The hoisting of rods, except where a derrick, crane or an outrigger is used.

(e)  Laborers shall dig, install, plumb, pour, and finish all pipe balusters.

(f)  The drilling of all holes on footings, floors, and foundations shall be the work of the Laborers.

(g)  Demolition of all guardrails not to be reinstalled on that project. All Laborers work in connection with the installation of guardrail, including but not limited to traffic protection.

(h)  All digging, setting, pouring, backfilling, etc. in connection with all types of fencing.

## PILING

(a)  The Laborers jurisdiction of work in connection with pile driving work shall consist of the digging of starter holes, where necessary, cleaning up of debris and cutoffs (including salvageable piling), dragging and snaking of all piling to a point where it may be reached with the pile driving rig, carrying of water, fuel, and the cutting off of concrete piling and piers with jackhammers, paving-breaker, or any other method. The cutting to final grade and burning off of rods and/or shells.

(b)  It shall be the work of the Laborers to unload and separate any Raymond concrete piling shells and transport them to the point of assembly.

## PRECAST CONCRETE

(a)  The unloading or handling of Precast or Prestressed concrete to a stockpile will be the work of the Laborer. Where power is used, the tying on of Precast or Prestressed concrete preparatory to final installation will be the work of the Laborer.

(b)  The Laborers shall perform the fitting, setting, aligning, plumbing and staying into position of precast or prestress concrete.

(c)  When power is used, the tying on of the precast or prestress concrete preparatory to the final installation will be

23

the work of the Laborers. All grouting shall be assigned to the Laborers.

(d) The erection of all precast or block retaining walls shall be the work of the Laborers in its entirety.

(e) Laborers shall set or lay all concrete or precast pipe, manholes, junction boxes, culverts or drainage boxes.

## RAILROAD

(a) All work in connection with the installation of railroad switches and tracks, shall include, but not limited to, the grading, unloading, stockpiling on or off the job site, laying of ties and rail, jacking, tamping, installing clips and ballast, welding etc.

## SMOKE STACKS

(a) All Laborers work in connection with the construction, demolition, or repair of smoke stacks.

## TEMPORARY HEAT / SHELTER / CURING

(a) The curing of all material, structures and buildings by artificial heat; and the manning and serving of all equipment to perform this classification of work.

(b) The drying of concrete by salamander or other artificial heat of any kind; the curing of concrete, covering with burlap, plastic, and the servicing of all hoses and water trucks.

(c) The covering for weather protection of all tanks, buildings, furniture, fixtures, structures, accessories, vessels, machinery, equipment, material piles, etc., or similar items shall be the work of the Laborer. This includes complete or incomplete, permanent or temporary whether with tarpaulins, insulated batting, burlap, plastic, or similar materials, is to include the installation, hanging, draping, placing, and securing of the same by any means such as tying, weighing, nailing, or wiring, and the dismantling, moving, or storage of such covering or insulating material will be performed by the Laborers.

## TERMITES

(a) Applying and mixing insecticides for termite control.