IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Number:   18-cv-1486-JPG |
| MASON'S LANDSCAPING & CONSTRUCTION SERVICES, INC., and WILLIAM MASON, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of Plaintiffs CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS and against Defendants MASON'S LANDSCAPING & CONSTRUCTION SERVICES, INC., and WILLIAM MASON, individually, in the total amount of twenty-two thousand, seven hundred ninety-one dollars and ten cents ($22,791.10), covering the period of January 1, 2009, to December 31, 2013.

**MARGARET M. ROBERTIE, Clerk of Court**
**s/Tina Gray, Deputy Clerk**

**Date:  April 7, 2021**

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**